**Excolo Law, PLLC**
Keith Altman (SBN 257309)
Solomon Radner (*pro hac vice to be applied for*)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@lawampmmt.com
sradner@1800lawfirm.com

**1-800-LAWFIRM**
Ari Kresch (*pro hac vice to be applied for*)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
800-LawFirm
Email: akresch@1800lawfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

-----------------------------------------------------------------X

MANDI PALMUCCI,

   *Plaintiff*,

   -against-

TWITTER, INC., GOOGLE LLC, and FACEBOOK, INC.

   *Defendants*.

-----------------------------------------------------------------X

Case No:3:18-CV-03947-WHO

**PLAINTIFF'S NOTICE OF RELIANCE ON SUBMITTED PAPERS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Hon. William H. Orrick

**Noticed Hearing Date: December 5, 2018**

**ORAL ARGUMENT REQUESTED**

1 | Plaintiff respectfully advises the Court that it will rely upon its opposition to Defendants' Motion to Dismiss as submitted (ECF # 95).

Dated: December 3, 2018

Respectfully submitted,

EXCOLO LAW, PLLC

By: /s/ Keith Altman
Keith Altman
EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
(516)456-5885
kaltman@excololaw.com

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I caused the foregoing Memorandum in Opposition to Defendants' Motion to Dismiss to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *s/ Keith Altman*
Keith Altman
Excolo Law, PLLC
26700 Lahser Road
Suite 401
Southfield, MI 48033
516-456-5885
kaltman@excololaw.com

Dated:  December 3, 2018